IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| VERNON CHARLES PATTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FLOYD BONNER, ) <br> ) <br> Defendant. ) | No. 2:19-cv-02344-TLP-tmp |

### ORDER DIRCTING RESPONDENT TO RESPOND
### TO THE 28 U.S.C. § 2241 PETITION

Pro se Petitioner Vernon Charles Patton[1] petitions for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("§ 2241 Petition"). (*See* ECF No. 1.) Petitioner has been granted leave to proceed in forma pauperis. (ECF No. 4.) The Clerk shall record the respondent as Shelby County Sheriff Floyd Bonner.

The Court ORDERS, under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts ("§ 2254 Rules"), that the Clerk shall serve a copy of the § 2241 Petition and this order on Respondent by certified mail.[2]

Additionally, the Court ORDERS Respondent to file a response to the § 2241 Petition within twenty-eight (28) days. The response shall be accompanied by portions of the state-court record relevant to Petitioner's claims. The record shall be organized and appropriately indexed in the

---

[1] Petitioner, booking number 17156195, is an inmate at the Shelby County Criminal Justice Complex ("Jail") in Memphis, Tennessee.

[2] These Rules are applicable to habeas petitions under 28 U.S.C. § 2241. Rule 1(b), § 2254 Rules ("The district court may apply any or all of these rules to a habeas petition not covered by Rule 1(a).").

manner specified in Administrative Order 16-31. Each docket entry in CM-ECF shall have a label corresponding to the index.

Petitioner may, if he chooses, submit a reply to Respondent's response within twenty-eight (28) days of service. Petitioner may request an extension of time to reply if his motion is filed on or before the due date of his response. The Court will address the merits of the § 2241 Petition, or of any motion filed by Respondent, after the expiration of Petitioner's time to reply, as extended.

**SO ORDERED**, this 20th day of August, 2019.

             s/Thomas L. Parker
             THOMAS L. PARKER
             UNITED STATES DISTRICT JUDGE